IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RANDALL WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-662-RAH-CSC |
| ) | |
| RUSSELL COUNTY SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 9, 2025. (Doc. 5.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice. Any pending motions are DENIED as moot.

Final Judgment will be entered separately.

DONE, on this the 30th day of January 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE